Case No. 25-15942

# REBUTTAL OF PRESUMPTION OF ABUSE

DEBTOR:   LaShandra Henderson

In the above-referenced case, the presumption of abuse arises based on Ms. Henderson's former income.

As disclosed on Schedule I, Ms. Henderson no longer employed. Her business income ceased in June of 2025. Her sole income is unemployment compensation.

If the six-month average income was based merely on the income received from unemployment compensation as reflected on Schedule I, the presumption of abuse would not arise.

Consequently, it is Debtor's position that the presumption of abuse is rebutted.

X  *LaShandra Henderson*
   LaShandra Henderson (Oct 16, 2025 09:22:23 CDT)

   LaShandra Henderson

October 15, 2025